UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    v.                              )
                                    )   CRIMINAL NO: 16-10266-RWZ
MARK STEVENSON,                     )
                                    )
            Defendant.              )
_____)

## UNITED STATES'S FINAL STATUS CONFERENCE REPORT

The United States respectfully reports the following with respect to the items set forth in Local Rule 116.5(c):

(1) The parties request that the Court transfer this case to the District Judge in order to schedule an initial pretrial conference and set a trial date. The United States produced and made certain discovery available to defense counsel on October 25, 2016.

(2) The United States will provide any additional discovery of which it becomes aware or that it obtains in the future promptly pursuant to the relevant court rules.

(3) The government is not aware of whether the defendant intends to file any pretrial motions under Rule 12(b) of the Federal Rules of Criminal Procedure. It is the government's understanding, however, that the defendant may file motions to dismiss part or all of the Indictment. Any Rule 12 motions must be filed on or before May 31, 2017.

(4) For purposes of the Speedy Trial Act, the parties request that this Court exclude the time from June 7, 2017, the date of the final status conference, to and including the date of the initial pretrial conference, or status conference before the District Judge, in this case. As grounds for this request, the government states that this time period is excludable pursuant to 18 U.S.C. §3161(h)(7)(A) because this time period: (1) will be necessary to

give the defendants time to review discovery and investigate the evidence; (2) will be necessary to give the defendants time to consider whether to file any pretrial motions; and (3) will be part of "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. §3161(h)(7)(B)(iv). As a result, the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

(5) The United States anticipates that it will need approximately 10 trial days to present its case-in-chief.

*Respectfully submitted,*

WILLIAM D. WEINREB
Acting United States Attorney

By: */s/ Dustin Chao*
DUSTIN CHAO
RYAN M. DISANTIS
Assistant U.S. Attorneys
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

Date: May 31, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2017, I served a copy of the foregoing on defense counsel of record by means of the ECF system.

*/s/ Dustin Chao*
DUSTIN CHAO
Assistant U.S. Attorney